**U.S. Bankruptcy Court**
**Middle District of Florida**

In re:

Bankruptcy Case No. **8:09-bk-06199-KRM**

**BEAU DIAMOND**
Debtor

Adversary Proceeding No. **8:10-ap-00751-KRM**

**SHARI STREIT JANSEN**
Plaintiff
v.
**DANIEL KELLUM**
Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| Clerk, U.S. Bankruptcy Court |
| Middle District of Florida |
| Sam M. Gibbons Federal Courthouse |
| 801 N. Florida Ave. Suite 555 |
| Tampa, FL 33602 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
|---|
| Rachel S Green |
| 4301 Anchor Plaza Pkwy, Ste 300 |
| Tampa, FL 33634 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



*Lee Ann Bennett*
Clerk, U.S. Bankruptcy Court

**\*\*\* Important Notice \*\*\***
Click here to receive the second page of the summons (certificate of service).
**This certificate must be filed with the court after service has been made on the parties.**

CSD 3007

6/3/2010

## CERTIFICATE OF SERVICE

I, __MEL Crudup__ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __6-7-10__ (date) by: __10:37 AM__

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:


☑ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

Daniel L. Kellum
11007 Mull Road
Tipton, MI 49287


☑ Residence Service: By leaving the process with the following adult at:

11007 Mull Road, Tipton, MI 49287   Served Process of Service with Mother of Defendant Marilyn Kellum

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:


☐ Publication: The defendant was served as follows: [Describe briefly]


☐ State Law: The defendant was served pursuant to the laws of the State of _____ (name of state), as follows: [Describe briefly]


Under penalty of perjury, I declare that the foregoing is true and correct.

__June 7, 2010__
Date

__Mel Crudup__
Signature

| | |
|---|---|
| Print Name | MEL Crudup |
| Business Address | 124 Pearl St. Suite 405 |
| City Ypsilanti | State MI  Zip 48197 |